UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KANEKA CORPORATION,

Plaintiff,

v.

PIPING ROCK HEALTH PRODUCTS, LLC

Defendant.

Civil Action No. 2:16-CV-00271-WFK-MDG

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and among the plaintiff Kaneka Corporation and defendant Piping Rock Health Products, LLC that this action is dismissed without prejudice, and with the parties bearing their own attorney's fees, costs and expenses. This Court shall retain jurisdiction over this proceeding for purposes of complying with and enforcing any of the terms and conditions of this Agreement.

Dated: April 19, 2016

CARTER, LEDYARD & MILBURN LLP

By: ______________________
Keith D. Nowak, Esq.
Carter, Ledyard & Milburn
2 Wall Street
New York, New York 10005
Tel.: (212) 238-8610

CARTER, DELUCA, FARRELL & SCHMIDT, LLP

By: ______________________
Peter DeLuca, Esq.
Carter, DeLuca, Farrell & Schmidt, LLP
445 Broad Hollow Road, Suite 420
Melville, New York
Tel.: (631) 501-5709

SO ORDERED

______________________

7782911.1
7789776.1